IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSEPH A. TATE, *on behalf of himself individually; and on behalf of a Class of similarly situated persons*,<br><br>    Plaintiff,<br><br>    v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>    Defendant. | Civ. No. 6:22-cv-01922-AA<br><br>JUDGMENT |

Pursuant to the parties' Stipulation, this action is DISMISSED with prejudice as to plaintiff's individual claims, without prejudice as to the claims asserted on behalf of a putative class, and without an award of costs or fees to any party.

DATED: 9/26/2024

                                        Melissa Aubin, Clerk

                              By    /s/ C. Kramer
                                          Deputy Clerk